IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| HERIBERTO BANUELOS-BARRON<br>*Reg. #26580-179* | *<br>*<br>* | |
| Petitioner | * | |
| v. | * | No. 2:25-cv-00088-JJV |
| | * | |
| C. HUMPHREY,<br>*Warden, Forrest City Correctional Institution* | *<br>*<br>* | |
| Respondent | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 30th day of September 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE